# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nancy K. Nordlund,                       Court File No.: 11-CV-1420 (PAM/JJG)

        Plaintiff,

v.                                         **ORDER FOR DISMISSAL**

NCO Financial Services, a
foreign corporation, and Renee Doe,

        Defendants.

---

The Stipulation, having been presented to the Court on behalf of the remaining parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                   **BY THE COURT:**

Dated: September 21, 2011          By: s/Paul A. Magnuson
                                            Paul A. Magnuson
                                            U.S. District Court Judge